# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ELAINE L. CHAO, | : |
| Plaintiff | : |
| vs. | : Case Number 5:06-MC-32(HL) |
| PERFECT LANDSCAPING and ROBERT DAVIS, | : |
| Defendants | : |

## ORDER

Petitioner, Chao, Secretary of Labor, US Department of Labor, pursuant to Section 9 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. 201, et seq., has applied to this Honorable Court for an Order requiring defendants to appear by representative and produce the records, papers and documents as set forth in a subpoena duces tecum issued by the Administrator, Wage and Hour Division, the US Department of Labor, and duly served upon defendants.

It is, therefore, ordered that defendants show cause why they should not comply with the administrative subpoena duces tecum issued of October 2, 2006. Response to this Order shall be filed in this Court no later than fifteen (15) days from this date of this Order, or December 22, 2006. Plaintiff's reply shall be due no later than fifteen (15) days from the date of the defendants' filing.

**SO ORDERED,** this the 7th day of December, 2006.

s/ Hugh Lawson
HUGH LAWSON, Judge
United States District Court